# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## _Southern_ DIVISION

## CIVIL COMPLAINT TITLE VII

Melissa Jane Lee )
)
)
Enter above the full name of Plaintiff or Plaintiffs in this action )
)
vs. ) CASE NO. 15-3428-CV-S-BCW
Southwestern Bell Telephone Co. )
AT&T )
)
)
Enter above the full name of Defendant or Defendants in this action )

I, **Melissa Jane Lee**, for my claim against the defendant(s) state and allege as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. Section 2000e.5. Venue is proper in this district;

2. I am a **Indian** (race) **Female** (sex) who resides at **5429 S Pinehurst Ave** (street address) **Springfield** (city) **Missouri** (state) **65810** (zip code).

3. The defendant (1) **SWBT / AT&T** is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at

   **600 East St. Louis St Springfield, MO 65806**
   address

3a. The defendant (2) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at

   _____
   address

3b. The defendant (3) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at

_____
address

3c. The defendant (4) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at

_____
address

3d. The defendant (5) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at

_____
address

3e. The defendant (6) _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at

_____
address

4. On or about **January 26**, 20**10**, defendant(s) – Specify the unlawful employment practice which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment, etc. **Terminated after filing EEOC charge. Between April 2009 to December 2009 denied reasonable accommodation, benefits, and FMLA** because of (State why the defendant(s) discriminated against you, i.e. race, color, religion, sex, national origin, etc.)

**An ADA recognized disability and retaliation**

5. I timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission and received a right-to-sue letter, a copy of which is attached.
**WHEREFORE**, I pray for (State what relief is sought):

**Lost wages (back pay) compensatory damages, lost benefits, punative damages**

and such other relief as the court would allow under Title VII of the Civil Rights Act of 1964.

6. Jury Demand

   Do you request a jury trial?   Yes X   No ___

Signed this October day of 6 , 20 15

_Melissa Jane Lee_
Signature of Plaintiff or Plaintiffs

5429 S. Pinehurst Ave
Street Address

Springfield
City

Missouri          65810
State             Zip Code

417-496-5330
Telephone

## VERIFICATION

State of  Missouri

County of  Green

_Melissa Jane Lee_, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

_Melissa Jane Lee_
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 6th day of October , 20 15

_____
Notary Public

_____
My Commission Expires