# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
PLAINTIFF MELISSA LEE ;
**County of Residence:** Greene County

**Defendant(s):**
First Listed Defendant:
DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY AT&T ;
**County of Residence:** Greene County

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 445 Americans With Disabilities Act - Employement
**Cause of Action:** VIOLATION OF ADA FAILURE TO ACCOMMODATE, WRONGFUL TERMINATION AND RETALIATION
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 544632
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _Melissa Lee_
**Date:** 10-6-15